IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIEZER ANTONIO SALAZAR CRESPO, | § § § § § | |
| *Plaintiff,* | § § | 5:25-CV-01485-FB-RBF |
| vs. | § § § | |
| KRISTI NOEM, ET AL., | § § § | |
| *Defendants.* | § § | |

**ORDER SETTING EVIDENTIARY HEARING**

Before the Court is the status of the above-referenced case, which was referred by the District Judge for disposition of all pretrial matters, pursuant to Rule CV-72 and Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 2. An evidentiary hearing is necessary to resolve Petitioner Eliezer Antonio Salazar Crespo's § 2241 claim. *See* Dkt. No. 1 (Habeas Petition).

**IT IS ORDERED** that this matter is set for an in-person evidentiary hearing on **December 9, 2025, at 1:30 PM** at the U.S. Courthouse, 262 W. Nueva Street, San Antonio, Texas 78207. Counsel should consult the monitors in the courthouse on the day of the hearing as they will display which courtroom will be used for the hearing. **If Petitioner is in custody, he shall be transported to the Courthouse for the hearing and shall be present in the courtroom for the hearing.**

**IT IS SO ORDERED**.

**SIGNED** this 26th day of November, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE