IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ELIEZER ANTONIO SALAZAR CRESPO,     §
                                    §
     *Petitioner*,                  §
                                    §
VS.                                 §     CIVIL ACTION NO. SA-25-CV-1485-FB
                                    §
KRISTI NOEM, Secretary of the United States §
Department of Homeland Security; TODD LYONS, §
in His Official Capacity as Acting Director of §
Immigration and Customs Enforcement; MIGUEL §
VERGARA, in His Official Capacity as Acting §
Director ICE, Enforcement and Removal §
Operations; BOBBY THOMPSON, in His Official §
Capacity as Warden of the South Texas Detention §
Center; and DAREN K. MARGOLIN, in His §
Official Capacity as Director of the Executive §
Office for Immigration Review,      §
                                    §
     *Respondents*.                 §

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge filed on June 16, 2026 (ECF No. 31). According to the CM/ECF system, the Report and Recommendation was served by electronic transmission on all parties on June 179, 2026. To date, the docket reflects no objections to the Report and Recommendation have been received.[1]

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of them. See 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the

---

[1]  Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing ." FED. R. CIV. P. 5(b)(2)(C). If service is made by electronic means, "service is complete upon transmission." *Id*. at (E). When the mode of service is by electronic means, three days are no longer added to the time period to act after being served. *See Heverling v. McNeil Consumer Pharmaceuticals, Co.*, Civil Action No. 1:17-CV-1433, 2018 WL 1293304 at *2 n.3 (M.D. Pa. Mar. 13, 2018) ("On April 28, 2016, the Supreme Court adopted changes to the Federal Rules of Civil Procedure. In pertinent part, the Court amended Rule 6(d) to remove 'electronic means' as a mode of service triggering an additional three days to act when a responsive period commences upon service. *See* FED. R. CIV. P. 6, advisory committee's note to 2016 amendment. The amendments took effect on December 1, 2016.").

Report and Recommendation and determine whether they are either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989). On the other hand, any Report or Recommendation to which there are objections requires de novo review by the Court. Such a review means that the Court will examine the entire record, and will make an independent assessment of the law. The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Commission*, 834 F.2d 419, 421 (5th Cir. 1987).

In the Report, Magistrate Judge Farrer recommends that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) be DISMISSED AS MOOT because both the Respondents and counsel for the Petitioner have advised the Court that Petitioner was removed from the United States to Venezuela in April of 2026.  Therefore, because the Court can no longer effect Petitioner's release, the Petition is moot.  Likewise, Petitioner's Motion for Temporary Restraining Order (ECF No. 3); Motion to Stay Removal (ECF NO. 17), and Motion to Adopt Magistrate's Decision (ECF No. 21) become moot as well with the Court's acceptance of the Report and Recommendation.

Accordingly, it is hereby ORDERED that the Report and Recommendation of United States Magistrate Judge filed in this cause on June 16, 2026 (ECF No. 31), is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED AS MOOT.  Motions pending, including Petitioner's Motion for Temporary Restraining Order (ECF No. 3); Motion to Stay Removal (ECF No. 17), and Motion to Adopt Magistrate's Decision (ECF No. 21), are also DISMISSED AS MOOT, and this case is now CLOSED.  A final judgment will issue separately.

It is so ORDERED.

SIGNED this 31st day of July, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE